[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-14606
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 26, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00035-CR-1-LSC-JEO

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICIA CALHOUN CASS,
a.k.a. Susan Jones,
a.k.a. Patty Cass,
a.k.a. Patricia Calhoun,
PAUL ANTHONY CASS,
a.k.a. Brown,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Alabama
_____

(February 26, 2009)

Before BLACK, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Everett W. Wess, appointed counsel for Patricia Calhoun Cass in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 87 S. Ct. 1396 (1967). Our independent review of the entire record confirms there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED**, and Patricia Cass's convictions and sentences are **AFFIRMED**.